United States District Court

Eastern District of California

Albert Anthony Caraig,

       Petitioner,                  No. Civ. S 01-2066 GEB PAN P

  vs.                                Order

James A. Yates, Warden,

       Respondent.

-oOo-

    Pursuant to the September 12, 2003, order dismissing petitioner's application for a writ of habeas corpus upon the ground it was mixed, petitioner has filed an amended petition with his newly exhausted claims. But petitioner did not attach the certificate of service required by Fed. R. Civ. P. 5 and Local Rule 5-135.

    Petitioner has 20 days from the date this order is signed to

///

///

serve the amended petition on respondent and to submit evidence of such service.

So ordered.

Dated: April 26, 2005.

                                          /s/ Peter A. Nowinski
                                          PETER A. NOWINSKI
                                          Magistrate Judge