United States District Court

Eastern District of California

Albert Anthony Caraig,

       Petitioner,              No. Civ. S 01-2066 GEB PAN P

   vs.                          Order

Joe McGrath, Warden, et al.

       Respondents.

-oOo-

September 28, 2005, petitioner filed a third amended petition without the proof of service required by Fed. R. Civ. P. 5 and Local Rule 5-135. Petitioner shall file a proof of service within ten days. Otherwise the third amended petition will be stricken.

So ordered.

Dated: October 27, 2005.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge