United States District Court

Eastern District of California

Albert Anthony Caraig,

     Petitioner,                      No. Civ. S 01-2066 GEB PAN P

  vs.                                Order

Joe McGrath, Warden, et al.,

     Respondents.

-oOo-

    September 28, 2005, petitioner filed a third-amended petition without the proof of service required by Fed. R. Civ. P. 5 and Local Rule 5-135.  October 27, 2005, the court gave petitioner ten days to submit evidence he served the third-amended petition on respondents.  November 7, 2005, petitioner filed evidence he served respondents.

    Accordingly, respondents have 60 days from the date this order is signed to file and serve a response to the petition.  An answer shall be accompanied by any and all transcripts or other

1  documents relevant to the determination of the issues presented
2  in the application.  <u>See</u> Rule 5, Fed. R. Governing § 2254 Cases.
3  Petitioner's reply, if any, shall be filed and served within 30
4  days of service of an answer.  If the response to petitioner's
5  application is a motion, petitioner's opposition or statement of
6  non-opposition shall be filed and served within 30 days of
7  service of the motion, and respondents' reply, if any, shall be
8  filed within 15 days thereafter.
9      So ordered.
10     Dated:  November 17, 2005.

                               /s/ Peter A. Nowinski
                             PETER A. NOWINSKI
                             Magistrate Judge