United States District Court

Eastern District of California

Albert Anthony Caraig,

    Petitioner,                    No. Civ. S 01-2066 GEB PAN P

  vs.                                Order

Joe McGrath, Warden, et al.,

    Respondents.

-oOo-

    January 12, 2006, respondent requested an extension of time to file and serve an answer to the third-amended petition. Good cause appearing, respondent's request is granted and time is extended until 30 days from the date this order is signed.

    So ordered.

    Dated:  January 19, 2006.

                                 /s/ Peter A. Nowinski
                                 PETER A. NOWINSKI
                                 Magistrate Judge