IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALBERT ANTHONY CARAIG,

    Petitioner,                      No. CIV S-01-2066 GEB PAN P

    vs.

JAMES YATES, Warden,

    Respondent.                   ORDER

_____/

       Petitioner has requested an extension of time to file and serve objections to the May 17, 2006 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

       1. Petitioner's June 5, 2006 motion for an extension of time is granted; and

       2. Petitioner is granted thirty days from the date of this order in which to file and serve objections to the May 17, 2006 findings and recommendations.

DATED: June 12, 2006.

                                                 UNITED STATES MAGISTRATE JUDGE

paara2066.111(2)